AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Troy L. Scarborough<br>*Plaintiff*<br>v.<br>Winthrop University and Daniel Gordon,<br>*an agent of Winthrop University and individually*<br>*Defendants* | Civil Action No.   0:20-02331-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■  other: the Plaintiff shall take nothing of the Defendants and the complaint is dismissed with prejudice as to all of Plaintiff's claims brought pursuant to 42 U.S.C. § 1981 and 42 U.S.C. § 1983, as well as Plaintiff's claims for punitive damages and attorney's fees.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having adopted the Report and Recommendation of Magistrate Judge Shiva V. Hodges granting defendants' motions to dismiss.

*CLERK OF COURT*

Date: September 27, 2021

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*